KNORPP CANDY COMPANY, Plaintiff-Appellant, v. CYPRESS NOVELTY CORPORATION, Defendant-Appellee.

Circuit Court of Appeals, Second Circuit.
January 7, 1929.

No. 107.

George Ramsey, of New York City (Charles F. Chisholm, of New York City, of counsel), for appellant.

Robert S. Allyn, of New York City (Hyland R. Johns, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree [24 F.(2d) 826] affirmed.